**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**WILLIAM D. FAIRCHILD,**

    **Petitioner,**

v.                                **Case No. 6:10-cv-1006-Orl-35DAB**

**SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY GENERAL
FOR THE STATE OF FLORIDA,**

    **Respondents.**
_____

## ORDER OF DISMISSAL

On July 16, 2010, the Court ordered Petitioner to refile his habeas petition on the appropriate form within twenty-one days from the date of the Order (Doc. No. 3). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 25th day of August 2010.

Copies to:
sa 8/17
William D. Fairchild

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE