UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM D. FAIRCHILD,**

    **Petitioner,**

v.                                          Case No.  6:10-cv-1006-Orl-35DAB

**SECRETARY, DEPARTMENT OF CORRECTIONS** and **ATTORNEY GENERAL FOR THE STATE OF FLORIDA,**

    **Respondents.**
_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 11)** |
| **FILED:** | **OCTOBER 12, 2010** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Court's Order of Dismissal (Doc. No. 5, filed August 25, 2010) is **VACATED**, and the Clerk of the Court is directed to reopen this case.  Petitioner shall comply with the Court's Order of July 16, 2010 (Doc. No. 3) within twenty-eight (28) days from the date of

this Order. The failure to do so will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 15th day of October, 2010.

Copies to:
sa 9/13
William D. Fairchild

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE